UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22348-CIV-Garber

WORLD FUEL SERVICES, INC.,

    Plaintiff,

v.

KLM PETROLEUM SERVICES, LLC;
TRI-STATE PETROLEUM, INC. and
MAX HORNER, JR.,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court *sua sponte*. The Court, on November 25, 2008, entered a Default Final Judgment [DE 84] against the remaining defendant Max Horner, Jr. It thus appears that there is no necessity to keep this file open.

Accordingly, and upon due consideration, it is hereby

ORDERED that this cause is DISMISSED and the Clerk of Court is directed to close this file.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of September, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE